JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 428 -- In re Iowa Beef Processors Confidential Business Documents Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/03/10 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. AND EXHIBITS -- Iowa Beef Processors, Inc., Edward W. Rothe and Lee A. Freeman, Sr. SUGGESTED TRANSFEREE DISTRICT: Northern District of Iowa SUGGESTED TRANSFEREE JUDGE: Judge McManus (emh) |
| 80/03/24 | | APPEARANCES: Edward W. Rothe for Iowa Beef Processors, Inc., Edward W. Rothe & Lee A. Freeman, Sr.; William J. Rawlings for Hughes A. Bagley; John J. Greer for Lex Hawkins and John A. Cochrane; Richard F. Watt for Patrick E. Gorman, Harry R. Poole and Sam Talarico; Gilda B. Shellow for Albert J. Krieger; Harold Cammer for Irving Stern (emh) |
| 80/03/25 | 2 | RESPONSE, CERT. OF SVC. -- Defts. Gorman, Poole and Talarico. (ea) |
| 80/03/26 | 3 | RESPONSE/BRIEF -- Lex Hawkins and John A. Cochrane -- w/cert. of svc. (emh) |
| 80/03/27 | 4 | RESPONSE/BRIEF -- Hughes A. Bagley -- w/cert. of svc. (emh) |
| 80/03/27 | | HEARING ORDER -- Setting A-1 thru A-4 for hearing on April 24, 1980 in San Fran., Calif. Notified involved counsel, clerks and judges. (ea) |
| 80/04/03 | 5 | REPLY BRIEF, CERT. OF SVC. -- Iowa Beef Processors, Inc., Lee A. Freeman, Sr. and Edward W. Rothe. (ea) |
| 80/04/22 | | HEARING APPEARANCES for hearing held in San Fran., Cal. on April 24, 1980 -- Edward W. Rothe, Esq. for Iowa Beef Processors, Inc.; Edward W. Rothe and Lee A. Freeman, Sr.; John J. Greer, Esq. for John A. Cochrane and Lex Hawkins; William Rawlings, Esq. for Hughes A. Bagley. (ea) |
| 80/04/22 | | WAIVERS OF ORAL ARGUMENT for hearing held in San Fran., Cal. on April 24, 1980 -- Harold Cammer, Esq. for Irving Stern; Gilda B. Shellow, Esq. for Albert J. Krieger; Richard F. Watt, Esq. for Patrick E. Gorman, Harry R. Poole, and Sam Talarico. (ea) |
| 80/06/10 | | CONSENT OF TRANSFEREE COURT -- assigning litigation to the Honorable Edward J. McManus for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| 80/06/10 | | OPINION AND ORDER -- transferring A-3 and A-4 to the N.D. Iowa to be consolidated with A-1 and A-2 for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 by Honorable Edward J. McManus. (ea) Notified involved counsel, clerks, judges, publishers & recipients. (ea) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 428 -- _____

| Date | Pldg. | Pleading Description |
|---|---|---|
| 81/04/06 | 6 | MOTION TO TRANSFER B-5 IBP, Inc. v. James J. Burke, S.D. Fla., C.A. No. 80-2762-Civ-JWK -- Iowa Beef Processors, Inc. -- w/schedule, brief, cert. of service & exhibit cds |
| 81/04/13 | 7 | SUPPLEMENT TO MOTION TO TRANSFER B-5 -- IBP, Inc. -- w/cert of service and S.D.Fla. order denying motions (cds) |
| 81/04/20 | 8 | RESPONSE TO MOTION FOR TAG-ALONG TRANSFER -- Hughes A. Bagley -- w/cert. of service (cds) |
| 81/04/21 | 9 | REQUEST FOR EXTENSION OF TIME, w/cert. of serv. -- James J. Burke -- Granted to and including May 1, 1981 (cds) |
| 81/04/21 | 10 | REQUEST FOR EXTENSION OF TIME, w/cert. of serv. -- Patrick E. Gorman, Harry R. Poole and Sam Talarico -- Granted to and including May 1, 1981 (cds) |
| 81/04/23 | 11 | REQUEST FOR EXTENDED TIME TO FILE A SINGLE REPLY BRIEF -- Iowa Beef Processors -- w/cert. of service -- GRANTED TO AND INCLUDING MAY 6, 1981 (cds) |
| 81/04/24 | 12 | REQUEST FOR EXTENSION OF TIME -- Irving Stern -- Granted to and including May 1, 1981 (cds) |
| 81/05/01 | 13 | RESPONSE -- Defendant Stern w/cert. of svc. (ds) |
| 81/05/04 | 14 | RESPONSE -- Defendant James L. Burke w/cert. of svc. (ds) |
| 81/05/06 | 15 | REPLY/BRIEF -- Iowa Beef Processors, Inc. w/cert. of svc. (ds) |
| 81/05/11 | 16 | RESPONSE -- defendants Patrick E. Gorman, Harry R. Poole and Sam Talarico w/cert. of svc. (ds) |
| 81/05/28 | | HEARING ORDER -- Setting B-5 Iowa Beef Processors, Inc. v. James J. Burke, S.D. Fla., C.A. No. 80-2762-CIV-JWK for hearing held on June 25, 1981, in Salt Lake City, Utah.(ds) |
| 81/06/18 | | WAIVERS OF ORAL ARGUMENT FOR 6/25/81 HEARING, SALT LAKE CITY, UT. James T. Malysiak, Esq. for Iowa Beef Processors, Lee A. Freeman and Edward W. Rothe, (Waive); and Alan J. Kluger, Esq. for James J. Burke (Waive). |
| 81/06/26 | | WAIVER OF ORAL ARGUMENT -- Martha A. Mills for defts. Patrick E. Gorman, Harry R. Poole & Sam Talarico (emh) |
| 81/07/10 | | TRANSFER ORDER -- transferring B-5 Iowa Beef Processors, Inc. v. James J. Burke, S.D. Fla., 80-2762-Civ-JWK pursuant to 28 U.S.C. §1407. (emh) |
| 83/01/12 | | SUGGESTION FOR REMAND of Judge Edward J. McManus, N.D. Iowa dated 12/29/82, for remand of B-5 Iowa Beef Processors, Inc. v. James J. Burke, N.D.Iowa, C81-80 (S.D.Fla., 80-2762-CIV-JWK) back to the S.D. Fla. for further proceedings. (eaf) |
| 83/01/12 | | CONDITIONAL REMAND ORDER -- B-5 Iowa Beef Processors, Inc. v. James J. Burke, N.D. Iowa, C81-80 (S.D.Fla.,80-2762-CIV-JWK) -- Notified involved counsel & judge. (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --  _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/01/28 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-5 Iowa Beef Processors, Inc. v. James J. Burke, N.D. Iowa, C.A. No. C-81-80 (S.D. Florida, C.A. No. 80-2762-CIV-JWK). Notified involved Judge and Clerks. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 428 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE IOWA BEEF PROCESSORS CONFIDENTIAL BUSINESS DOCUMENTS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| April 24, 1980 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| June 25, 1981 | June 10, 1980 | O&O | 491 FSupp 1359 | N.D. Iowa | Edward J. McManus | |
| | July 10, 1981 | TO | unpublished | | | |

Special Transferee Information

DATE CLOSED: 7/18/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 428 -- In re Iowa Beef Processors Confidential Business Documents Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Iowa Beef Processors, Inc. v. Patrick E. Gorman, et al. | N.D.Iowa McManus | C-77-4040 | | | 7/19/83 D | |
| A-2 | Hughes A. Bagley v. Iowa Beef Processors, Inc. | N.D.Iowa O'Brien | 2 C 79-4087 | | | 6/24/83 D | Judgment for pltf |
| A-3 | Lex Hawkins v. Iowa Beef Processors, Inc., et al. | S.D.Iowa Vietor | 77-219-2 | JUN 1 0 1980 | C80-80 | 6/21/82 | |
| A-4 | John A. Cochrane v. Iowa Beef Processors, Inc., et al. | D.Minn. Devitt | 3-79-304 | JUN 1 0 1980 | C80-81 | 6/21/82 | |
| B-5 | Iowa Beef Processors, Inc. v. James J. Burke | S.D.Fla. Kehoe | 80-2762-CIV-JWK | 7/10/81 | C-81-80 | 1/28/83 R | |

July 1981 — 2TR/2XV2 — 4 pgs.

July 1980 — 3TR/2XV2 — 5 pgs.

July 1982 — Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 428 -- In re Iowa Beef Processors Confidential Business Documents Litigation

---

IOWA BEEF PROCESSORS, INC. (A-1) (B-5)
Edward W. Rothe, Esquire
Freeman, Rothe, Freeman & Salzman, P.C.
One IBM Plaza-Suite 4735
Chicago, Illinois  60611

HUGHES A. BAGLEY (A-2)
William J. Rawlings, Esquire
300 Toy National Bank Building
Sioux City, Iowa  51101

LEX HAWKINS (A-3)
JOHN A. COCHRANE (A-4)
John J. Greer, Esquire
Greer, Nelson, Bertell, Montgomery
  & Barry
Professional Building
Spencer, Iowa  51301

Additional Counsel for John A. Cochrane
Stewart C. Loper, Esquire
Suite 500
360 Wabasha St.
St. Paul, Minn.  55102

Additional Counsel for Lex Hawkins
Glenn L. Norris, Esq.
2801 Fleur Drive
Des Moines, Iowa  50321

IOWA BEEF PROCESSORS, INC.
EDWARD W. ROTHE
LEE A. FREEMAN, SR.
Edward W. Rothe, Esquire
(same as A-1)

PATRICK E. GORMAN
HARRY R. POOLE
SAM TALARICO
Richard F. Watt, Esquire
Cotton, Watt, Jones, King & Bowlus
Suite 4750 - One IBM Plaza
Chicago, Illinois  60611

ALBERT J. KRIEGER
Gilda B. Shellow, Esquire
Shellow & Shellow
222 East Mason Street
Milwaukee, Wisconsin  53202

IRVING STERN
Harold Cammer, Esq.
Cammer & Shapiro, P.C.
9 East 40th Street
New York, New York  10016

JAMES J. BURKE
Alan J. Kluger, Esq.
Fieldstone, Oliver, Kluger,
  Sumberg & Monroe, P.A.
3050 Biscayne Blvd.
Suite 800
Miami, Florida  33137

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 428 -- In re Iowa Beef Processors Confidential Documents Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Patrick E. Gorman | A-1 |
| Harry R. Poole (as rep. of Almalgamated Meat Cutters and Butcher Workmen of North America) | A-1 |
| Sam Talarico (as rep. of Amalgamated Meat Cutters & Butcher Workmen of North America) | |
| AFL-CIO | A-6 |
| Irving Stern | A-1 |
| Albert J. Krieger | A-1 |
| Lex Hawkins | A-1 |
| John A. Cochrane | A-1 |
| Hughes A. Bagley | A-1 |
| Hans Aarsen | A-1 |
| Iowa Beef Processors, Inc. | A-2, A-3, A-4 |

p. _____

| | |
|---|---|
| Edward W. Rothe | A-3, A-4 |
| Lee Freeman, Sr. | A-3, A-4 |
| John Doe | A-4 |
| Richard Roe | A-4 |
| XYZ Corporation | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |